IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

    Plaintiff,                                    CV F 05 1428 AWI WMW   P

   vs.                                         <u>ORDER</u>

L. BLUFORD, et al.,

    Defendants.

_____/

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff, an inmate in the custody of the California Department of Corrections at the California Correctional Institution at Tehachapi, brings this civil rights action against defendant correctional official employed by the Department of Corrections at Tehachapi. Plaintiff's claims in this action relate to his ongoing treatment for Gender Identity Disorder. Plaintiff also asserts vague and fanciful allegations regarding efforts to poison him.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon

which relief may be granted, unless the prisoner is under imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. <u>Williams v. Andrews</u>, CV F 01 6222 REC HGB P; <u>Willaims v. Wood</u>, CV 01 6151 REC LJO P; <u>Williams v. Rendon</u>, CV 01 5891 AWI SMS P. Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is imminent danger of serious physical injury. Here, plaintiff 's claims sound in medical negligence. Plaintiff has not alleged concrete facts indicating that a named defendant has engaged in conduct that is actionable under section 1983, or facts that indicate he is currently in imminent danger of serious injury. Plaintiff is therefore not entitled to proceed in forma papueris. Plaintiff may bring this claim, but he must submit the full filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

2. Plaintiff shall submit, within thirty days of the date of service of this order, the $150.00 filing fee for a civil action. Should plaintiff fail to do so, the court will recommend dismissal of this action pursuant to Local Rule 11-110.

3. The June 14, 2004, order directing the California Department of Corrections to collect and forward to the court the filing fee from plaintiff's trust account is vacated.

4. The Clerk's Office is directed to serve this order upon the Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814 and the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

| | | |
|---|---|---|
| 1 | **Dated:** <u>**January 30, 2006**</u> | <u>     **/s/  William M. Wunderlich**     </u> |
| | mmkd34 | UNITED STATES MAGISTRATE JUDGE |

3