IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

    Plaintiff,

vs.

L. BLUFORD, et al.,

    Defendants.
_____/

CV F 05 1428 AWI WMW P

ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO PAY THE FILING FEE

    Plaintiff, formerly an inmate in the custody of the California Department of Corrections at California Correctional Institution Tehachapi, brings this civil rights action against various correctional officials employed by the Department of Corrections. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

1

1    This plaintiff has, on 3 prior occasions, brought civil actions challenging the
2    conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3    a claim upon which relief can be granted.  <u>Williams  v. Andrews</u>, CV F 01 6222  REC HGB P;
4    <u>Willaims v. Wood</u>, CV 01 6151 REC LJO P; <u>Williams v. Rendon</u>, CV 01 5891 AWI SMS P.
5    Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating
6    that he is imminent danger of serious physical injury.

7    On June 21, 2006, [findings and recommendations]() were entered, recommending
8    that this action be dismissed for  Plaintiff's failure to pay the filing fee.  The recommendations
9    was based on a finding that Plaintiff did not allege any facts indicating that he is in imminent
10   danger of serious physical injury.  A review of the record, however, reveals that this Court has
11   not denied Plaintiff leave to proceed in forma pauperis.

12   In the order of January 31, 2006, the Magistrate Judge found that the allegations in
13   the complaint alleged, at most, medical negligence.  Further, Plaintiff is no longer in the custody
14   of the California Department of Corrections, and is therefore no longer subjected to conditions of
15   confinement, and no longer subjected to Defendants' conduct.

16   Accordingly, THE COURT HEREBY ORDERS that:

17   1. The Findings and Recommendations issued by the Magistrate Judge on June
18   21, 2006, are vacated; and

19   2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28
20   U.S.C. § 1915(g).

21   3. Plaintiff is directed to submit, within thirty days of the date of service of this
22   order, the $250 filing fee for this action.  Plaintiff's failure to do so will result in dismissal of this
23   action for Plaintiff's failure to prosecute, pursuant to Local Rule 11-110.

24   IT IS SO ORDERED.

25   **Dated:   June 19, 2007**                             **/s/ Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE
26